UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:20-CR-45-1D

UNITED STATES OF AMERICA, )
)
v. ) ORDER TO SEAL
)
JAJUAN RASHAD HARRELL, )
Defendant. )
)
_____ )

Upon motion of the defendant, by and through counsel, it is hereby ORDERED that docket entry No. 41 and its accompanying Order be sealed.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to Defendant's Counsel.

SO ORDERED this _8_ day of March, 2021.

_____
THE HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE