UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:20-CR-45-1D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> JAJUAN RASHAD HARRELL, ) <br> **Defendant.** ) <br> ) <br> ) | **ORDER TO SEAL** |

Upon motion of the defendant, by and through counsel, it is hereby ORDERED that docket entry No. 48 and its accompanying Order be sealed.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to Defendant's Counsel.

SO ORDERED this 17 day of May, 2021.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE